Margaret Nodwell, Respondent, v. New York Railways Company,

Appellant. WILLIAM NODWELL, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgments and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.; Clarke, P. J., and Shearn, J., dissented on the ground that the finding that the plaintiffs were free from contributory negligence was against the evidence.